**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**MSIP I JACKSON, LLC**                                                   **PLAINTIFF**

**VERSUS**                                   **CIVIL ACTION NO. 3:15-CV-0683-DPJ-LRA**

**NISSAN NORTH AMERICA, INC.**                                 **DEFENDANT**

**CORPORATE DISCLOSURE STATEMENT**
**OF NISSAN NORTH AMERICA, INC.**

COMES NOW, the Defendant Nissan North America, Inc., pursuant to the Local Rules, and would state the following:

Nissan North America, Inc. is a wholly owned subsidiary of Nissan Motor Co., Ltd. No other publicly held company owns 10% or more of its stock.

DATED this the 23rd day of November, 2015.

                                                    **NISSAN NORTH AMERICA, INC.**

                                                    s/*Caroline K. Ivanov*
                                                    Caroline K. Ivanov

**OF COUNSEL:**

Mark D. Jicka (MSB No. 8969)
Caroline K. Ivanov (MSB No. 104215)
WATKINS & EAGER PLLC
400 East Capitol Street (39201)
P. O. Box 650
Jackson, MS 39205-0650
Phone: (601) 965-1900
Fax: (601) 965-1901
Email: mjicka@watkinseager.com
Email: civanov@watkinseager.com

# CERTIFICATE OF SERVICE

  I, Caroline K. Ivanov, the undersigned attorney, do hereby certify that I have filed the above and forgoing using the Court's ECF system which automatically sent notification to all counsel of record.

  This the 23rd day of November, 2015.

                s/*Caroline K. Ivanov*
                Caroline K. Ivanov